**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No. 5:26-cr-6 (MTT)** |
| **LAMONICA LAKES, and** | : | |
| **TARSHEA FUDGE-RILEY** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

**<u>ORDER</u>**

On April 14, 2026, the Court entered orders setting conditions of release for Defendants Lamonica Lakes and Tarshea Fudge-Riley. (Docs. 34, 39). The orders included a condition, at paragraph 7(g), that Defendants avoid all contact, directly or indirectly, with any co-defendants.

Whereas Defendants Lake and Fudge-Riley are both employed at the Macon County Elections Office, it is hereby **ORDERED** that the orders setting conditions of release shall not be construed to prohibit the Defendants from communicating with each other for employment purposes while at work. All other conditions of release, as set forth in the original order, shall remain in effect.

**SO ORDERED**, this 21st day of April, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge